UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PETER J. ESTAY and STEPHANIE S. ESTAY,<br><br>            Plaintiffs,<br><br>    v.<br><br>TETON COUNTY SHERIFF, TETON COUNTY SHERIFF DEPARTMENT, Sergeant C. BERRY, individually and in his official capacity as a deputy of Teton County Sheriff Department, Deputy H. MAJORS, individually and in his officially capacity as a deputy of the Teton County Sheriff Department, Deputy E. WARN, individually and in his official capacity as a deputy of Teton County Sheriff Department, Deputy BEN GUIMONT, individually and in his official capacity as a deputy of Teton County Sheriff Department, CLINT LEMIEUX, individually and in his official capacity as the Sheriff of Teton County Idaho, and JOHN/JANE DOES 1-10, individually and in their official capacities,<br><br>            Defendants. | Case No. 1:25-cv-00716-BLW-REP<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF MAGISTRATE JUDGE** |

This matter is before the Court on Report and Recommendation issued by United States Magistrate Judge Raymond E. Patricco. *See* Dkt. 10. Judge Patricco recommends that Plaintiffs' action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to properly serve Defendants and file proof of that service with

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF MAGISTRATE JUDGE - 1**

the Court. The Court will adopt the Report & Recommendation in its entirety and dismiss this action without prejudice.

## STANDARD OF REVIEW

Under 28 U.S.C. § 636(b)(1)(C), this Court "may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate judge." Where the parties object to a report and recommendation, this Court "shall make a de novo determination of those portions of the report which objection is made." *Id.* Where, however, no objections are filed the district court need not conduct a de novo review. To the extent that no objections are made, arguments to contrary are waived, and "the Court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Advisory Committee Notes to Fed. R. Civ. P. 72; *see also* 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

## DISCUSSION

The relevant factual and procedural background are properly articulated in the Report and Recommendation and are incorporated into this order. *See* Dkt. 10. No objections to the Report and Recommendation were filed. The Court has reviewed the entire Report and Recommendation and the record in this matter for clear error on the face of the record and finds none. The Magistrate Judge articulated and applied the correct standard of law and this Court agrees with his analysis that dismissal without prejudice is proper under Federal Rule of Civil Procedure 4(m) based on Plaintiffs'

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF MAGISTRATE JUDGE - 2**

failure to properly serve Defendants and file proof of that service with the Court.

Accordingly, the Court will adopt the Report and Recommendation in its entirety.

**IT IS ORDERED that**:

1.      The Report and Recommendation (Dkt. 10) is **ADOPTED IN ITS ENTIRETY** as the order of the Court.

2.      Plaintiffs' case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close this case.

DATED: July 14, 2026

B. Lynn Winmill
U.S. District Court Judge

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF MAGISTRATE JUDGE - 3**